FILED

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
JACKSONVILLE DIVISION

2005 MAY 25 P 12: 22

CLERK US DISTRICT COURT

In re: Filing of Documents that Exceed Twenty-Five Pages

Case No. 3:05-mc-20-J

_____/

## AMENDED STANDING ORDER

This Order amends and supercedes the Standing Order entered on April 27, 2005.

In order to facilitate the Court's review of certain documents, the judges of the Jacksonville Division agree that parties should submit to chambers a courtesy copy of any document filed electronically in the Jacksonville Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service. Accordingly, it is hereby **ORDERED**:

1. A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers.

2. In order to implement this requirement, the Clerk of the Court is directed to file this Amended Standing Order in every new civil case filed in the Jacksonville Division until further Order. The Clerk of the Court is further directed to file this Amended Standing Order in every pending civil case that

has been assigned one of the following Nature of Suit codes: 510, 530, 535, 540, 550 and 555.

3. This Amended Standing Order is not applicable to criminal cases.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of May, 2005.

For the Court:

_____
Harvey E. Schlesinger
United States District Judge

_____
Henry Lee Adams, Jr.
United States District Judge

_____
Timothy J. Corrigan
United States District Judge

_____
Howell W. Melton
Senior United States District Judge

_____
John H. Moore II
Senior United States District Judge

*[signature]*
Howard T. Snyder
United States Magistrate Judge

*[signature]*
Thomas E. Morris
United States Magistrate Judge

*[signature]*
Monte C. Richardson
United States Magistrate Judge

*[signature]*
Marcia Morales Howard
United States Magistrate Judge

Copies to:

Division Manager
DQA