**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN THE MATTER OF THE
APPLICATION OF THE MINISTRY
OF JUSTICE OF GEORGIA,

    Petitioner,

vs.                                                                               CASE NO. 3:06-mc-66-J-25TEM

FOR THE DEPOSITION OF I.V.
MAKAROV AND DOCUMENTS FROM
ITERA INTERNATIONAL ENERGY LLC
FOR USE IN A CONTEMPLATED
CRIMINAL INVESTIGATION IN GEORGIA
AND INTERNATIONAL ARBITRATION
IN RUSSIA, CASE NO. 8/2006,

    Respondents.
_____

**O R D E R**

This matter comes before the Court on the Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Doc. #1, Petition). Petitioner requests the Court enter an order granting the Petition to permit service of the proposed subpoenas and discovery requests, to compel Respondents to comply with the sought discovery, and to allow further follow-up documentary discovery based on information obtained through this proceeding (Doc. #1 at 13). The Court notes a certificate of service was not included with the Petition and concludes a copy of the Petition has not yet been provided to Respondents.[1]

---

[1]Upon inquiry, the Court ascertained the moving party had requested the Clerk of Court issue summons in this matter so that Respondents could be served the Petition, as an initiating document, under the provisions for service of process in a civil case. However, the Clerk declined to issue the summons in a miscellaneous matter, as a
(continued...)

Section 1782 provides:

(a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

A person may not be compelled to give his testimony or statement or to produce a document or other thing in violation of any legally applicable privilege.

(b) This chapter does not preclude a person within the United States from voluntarily giving his testimony or statement, or producing a document or other thing, for use in a proceeding in a foreign or international tribunal before any person and in any manner acceptable to him.

28 U.S.C. 1782 (2006).

Upon consideration of Petitioner's request, it is hereby **ORDERED:**

1. The Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Doc. #1) is **GRANTED IN PART**.

2. The law firm of White & Case LLP is **granted permission to serve** on Respondent Itera International Energy LLC, a subpoena for production of documents,

---

[1](...continued)
miscellaneous matter is not viewed as the initiation of a civil lawsuit where service of process is required.

which shall be substantially the same in form and content to the proposed subpoena attached to the instant Petition as Exhibit 14. Petitioner may set the date and time in accordance with applicable rules and procedures.

3. The law firm of White & Case LLP is **granted permission to serve** on Respondent I.V. Makarov, a subpoena for his deposition, which shall be substantially the same in form and content to the proposed subpoena attached to the instant Petition as Exhibit 15. Petitioner may set the date and time in accordance with applicable rules and procedures

4. The remaining requests contained within the instant Petition (Doc. #1) are **DENIED WITHOUT PREJUDICE**.

5. Petitioner is hereby directed to serve a copy of this Order and a copy of the instant Petition (Doc. #1) on Respondents within the next eleven (11) business days.

**DONE AND ORDERED** at Jacksonville, Florida this  12th  day of December, 2006.

Copies to all counsel of record
 and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge