UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE MINISTRY OF JUSTICE OF GEORGIA, <br><br> Petitioner, <br><br> v. <br><br> FOR THE DEPOSITION OF I. V. MAKAROV AND DOCUMENTS FROM ITERA INTERNATIONAL ENERGY LLC FOR USE IN A CONTEMPLATED CRIMINAL INVESTIGATION IN GEORGIA AND INTERNATIONAL ARBITRATION IN RUSSIA, CASE NO. 8/2006 <br><br> Respondents. | CASE NO. 3:06-mc-66-J-25TEM |

## MOTION FOR ENLARGEMENT OF TIME TO SERVE PETITION AND ORDER

The Ministry of Justice of Georgia ("Petitioner") hereby moves this Court for an order allowing a fifteen (15) day enlargement of time for Petitioner to serve its Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782, dated November 10, 2006, and the Court's Order, dated December 12, 2006, and states:

1. On November 10, 2006, Petitioner filed its Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Petition"). The Petition requested that the Court permit Petitioner to serve a subpoena for production of documents upon Respondent Itera International Energy LLC ("Itera") and a subpoena for deposition testimony upon Respondent I.V. Makarov ("Makarov") in order to assist Petitioner in a

currently contemplated criminal investigation in Georgia and a pending international arbitration in Russia.

2. On December 13, 2006, this Court entered an Order, which found the following:

    a. Petitioner, through the law firm of White & Case LLP, is granted permission to serve on Respondent Itera a subpoena for production of documents, which shall be substantially the same in form and content to the proposed subpoena attached to the Petition, and Petitioner may set the date and time in accordance with applicable rules and procedures;

    b. Petitioner, through the law firm of White & Case LLP, is granted permission to serve on Respondent Makarov a subpoena for his deposition, which shall be substantially the same in form and content to the proposed subpoena attached to the Petition, and Petitioner may set the date and time in accordance with applicable rules and procedure;

    c. The remaining requests contained in the Petition are denied without prejudice; and

    d. Petitioner is directed to serve a copy of the Court's Order and a copy of the Petition on Respondents within the next eleven (11) business days.

See Order dated December 12, 2006, attached hereto as Exhibit 1.

3. Petitioner's counsel never received a copy of the Court's Order via electronic transmission or U.S. Mail, and Petitioner, therefore, did not learn that the Court had issued its Order on the Petition until January 5, 2007 when Petitioner's counsel spoke with the Court's Clerk to check on the status of the Petition. As a result, Petitioner was not able to comply with the Court's ruling that the Petition and Order be served upon Respondents by December 28, 2006—11 business days from entry of the Order.

4. Petitioner, therefore, respectfully requests that the Court allow Petitioner an enlargement of time of fifteen (15) days for Petitioner to serve the Petition and Order upon Respondents. If the Court grants Petitioner's request for this enlargement of time, the Petition and Order will be served upon Respondents by no later than January 12, 2007.

WHEREFORE Petitioner respectfully requests that the Court enter an order allowing for an enlargement of fifteen (15) days for Petitioner to serve the Petition and Order upon Respondents Itera and Makarov. A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Petitioner,
Ministry of Justice of Georgia
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

By:   s/ T. Neal McAliley
      T. Neal McAliley, Esq.
      Florida Bar No. 172091
      Sarah E. Davis, Esq.
      Florida Bar No. 125652

Dated: January 5, 2007