**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN THE MATTER OF THE
APPLICATION OF THE MINISTRY
OF JUSTICE OF GEORGIA,

    Petitioner,

vs.                                  CASE NO. 3:06-mc-66-J-25TEM

FOR THE DEPOSITION OF I.V.
MAKAROV AND DOCUMENTS FROM
ITERA INTERNATIONAL ENERGY LLC
FOR USE IN A CONTEMPLATED
CRIMINAL INVESTIGATION IN GEORGIA
AND INTERNATIONAL ARBITRATION
IN RUSSIA, CASE NO. 8/2006,

    Respondents.
_____

## ORDER OF RECUSAL

This matter comes before the Court *sua sponte*. Upon review of the cases currently pending before the undersigned as the magistrate judge, the Court discovered the instant case still shows as open on the Court's docket. During a June 26, 2007 hearing in a somewhat similar case (*see* Case No. 3:07-mc-27-J-32MCR), the undersigned learned information that led to his subsequent recusal in that case. The undersigned now finds that he should not participate in this case and hereby **recuses** himself. The Clerk is directed to reassign the case to another magistrate judge. The Court expresses its apologies for any inconvenience.

**DONE AND ORDERED** at Jacksonville, Florida this __26th__ day of November, 2007.

Copies to:
All Counsel of Record
Pro Se Parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge